Nicholas Wajda (259178)
**PRICE LAW GROUP, APC**
15760 Ventura Blvd., Suite 1100
Encino, CA 91436
(818) 995-4540 Telephone
(818) 995-9277 Fax

Attorneys for Debtor
Paul William Harms

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA-SACRAMENTO DIVISION

In re:

PAUL WILLIAM HARMS,

Debtor.

Case No: 11-32350

Chapter 7

Docket Control No.: PLG-2

DATE: July 27, 2011
TIME: 10:00 a.m.
PLACE: 501 I Street, Sixth Floor
Courtroom 33
Sacramento, CA
DEPT: D

## MOTION TO COMPEL CHAPTER 7 TRUSTEE TO ABANDON PROPERTY OF THE ESTATE AND TO ALLOW DEBTOR TO REDEEM TANGIBLE PROPERTY UNDER 11 U.S.C. 722

PURSUANT TO LOCAL BANKRUPTCY RULE 9014-1(f) (1) (ii), ANY PARTY OBJECTING TO DEBTOR'S MOTION MAY FILE A WRITTEN RESPONSE WITH THE BANKRUPTCY COURT AND SERVE A COPY OF IT UPON DEBTOR AND DEBTOR'S ATTORNEY AT THE ADDRESS SET FORTH ABOVE NO LESS THAN FOURTEEN (14) DAYS PRIOR TO THE ABOVE HEARING DATE. IF YOU FAIL TO FILE A WRITTEN RESPONSE TO THIS MOTION WITHIN SUCH TIME PERIOD, THE COURT MAY TREAT SUCH FAILURE AS A WAIVER OF YOUR RIGHT TO OPPOSE THE MOTION AND MAY GRANT THE REQUESTED RELIEF.

TO THE HONORABLE ROBERT S. BARDWIL, JOHN W. REGER /CHAPTER 7 TRUSTEE, NORTHWEST ACCEPTANCE CORPORATION, AND ALL INTERESTED PARTIES:

**PLEASE TAKE NOTICE THAT** Paul William Harms, ("Debtor") in the herein action, by and through his Attorney of Record, Nicholas Wajda, submitting this motion and will move this Court pursuant to 11 U.S.C. and Bankruptcy Rule 6008 for a Redemption Order:

## MEMORANDUM OF FACTS AND AUTHORITIES

1) Paul William Harms ("Debtor") filed a Chapter 7 bankruptcy case on May 18, 2011.

2) The item to be redeemed is tangible personal property intended primarily for personal, family or household use is more particularly described as follows:

   Year: <u>2003</u>    Make: <u>Dodge</u>  Model: <u>Durango SXT Sport Utility 4D</u>
   VIN: <u>1D4HS38N53F582938</u>

3) The Debtor has requested that this court grant a motion to abandon to allow the Debtor to redeem his 2003 Dodge Durango SXT Sport Utility 4D. The 2003 Dodge Durango SXT Sport Utility 4D is of inconsequential value and benefit to the estate. The 2003 Dodge Durango SXT Sport Utility 4D is currently financed with NORTHWEST ACCEPTANCE CORPORATION and the Debtor currently owes $10,159.75. Attached hereto and incorporated as Exhibit "1" is a copy of Debtor's Schedule D indicating the payoff amount of $10,159.75. The 2003 Dodge Durango SXT Sport Utility 4D is valued at no more than $4,285.00 as evidence by the Kelley Blue Book attached hereto and incorporated as Exhibit "2".

4) Since the subject property is encumbered by a loan with NORTHWEST ACCEPTANCE CORPORATION in the amount of $10,159.75, there is nothing left over for the estate.

//
//
//
//
//
//
//

WHEREFORE, Debtor prays for the following:

1. That the Motion to Compel Abandonment be Granted.
2. Court to order the said Creditor to accept from the Debtor the lump sum payment of the redemption value and release their lien of record. In the event the said Creditor objects to this motion, the Debtor requests the Court to determine the value of the property at the time of the hearing on such objection.

Dated: June 9, 2011                    PRICE LAW GROUP, APC

_____
Nicholas Wajda
Attorney for Debtor

-3-